■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARWIN EARL WHITAKER, Appellant.—Judgment unanimously affirmed. Memorandum: Contrary to defendant's assertion on appeal, the weight of the evidence shows that he was given his *Miranda* warnings before he was subjected to custodial interrogation. (Appeal from judgment of Monroe County Court, Wisner, J.—murder, second degree.) Present—Dillon, P. J., Doerr, Boomer, Lawton and Davis, JJ.